# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | CASE NO. 1:12-cv-00808-SKO PC |
| Plaintiff, | ORDER VACATING ORDER TO PAY FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION |
| v. | |
| BALLESTEROS, | (Docs. 3 and 6) |
| Defendant. | |

Plaintiff Norris Lee, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012.  On May 18, 2012, the Court ordered Plaintiff to either pay the filing fee in full or file an application to proceed in forma pauperis.  On July 16, 2012, the order was re-served, and on August 6, 2012, Plaintiff filed a request for judicial notice of his payment of the filing fee.

Due to administrative error, receipt of the filing fee was not entered on the docket.  That error has been corrected and payment of the full filing fee on June 22, 2012, is now reflected.  Accordingly, the order requiring Plaintiff to either pay the filing fee in full or file an application to proceed in forma pauperis is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   August 14, 2012**                    /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE