# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | CASE NO. 1:12-cv-00808-SKO PC |
| Plaintiff, | APPEAL NO. 12-17543 |
| v. | ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE, AS INCOMPLETE |
| BALLESTEROS, | |
| Defendant. | (Doc. 14) |
| | ORDER DIRECTING CLERK'S OFFICE TO SEND IFP APPLICATION TO PLAINTIFF AND SERVE ORDER ON NINTH CIRCUIT |

Plaintiff Norris Lee, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012. This action was dismissed on October 26, 2012, for failure to state a claim upon which relief may be granted and Plaintiff filed a timely notice of appeal on November 8, 2012. On November 29, 2012, in response to the Ninth Circuit's order directing him to pay the filing fee in full or file an application to proceed in forma pauperis, Plaintiff filed an incomplete application.

Plaintiff has neither provided a trust account statement nor set forth any information in the application regarding the current balance in his trust account. 28 U.S.C. § 1915(a), (b). As a result, lack of income notwithstanding, the Court cannot determine whether or not he is entitled to proceed in forma pauperis on appeal.

With respect to Plaintiff's concern over his inability to obtain copies of his application, Plaintiff need only submit the original to the Court.

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED, without prejudice, on the ground that it is incomplete; and

2. The Clerk's Office shall send Plaintiff another application to proceed in forma pauperis and shall serve this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **December 3, 2012**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE