# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

NORRIS LEE,

        Plaintiff,

    v.

BALLESTEROS,

        Defendant.

_____/

Case No. 1:12-cv-00808-SKO (PC)

ORDER VACATING ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT

(Doc. 29)

      Plaintiff Norris Lee, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012.  This action for damages is proceeding against Defendant Ballesteros ("Defendant") for acting with deliberate indifference to Plaintiff's serious medical needs on May 27, 2011, in violation of the Eight Amendment of the United States Constitution.  (Docs. 1, 18, 20.)  Jury trial is set for August 18, 2015.

      On March 17, 2015, the Court issued an "Order re Consent or Request for Reassignment."  Both parties have consented to Magistrate Judge jurisdiction, and the order was issue in error.  (Docs. 5, 26.)  Accordingly, the order is HEREBY VACATED.

IT IS SO ORDERED.

   Dated:  __**March 18, 2015**__           _____**/s/ Sheila K. Oberto**_____
                                        UNITED STATES MAGISTRATE JUDGE