1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | Case No. 1:12-cv-00808-SKO (PC) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE SET FOR JUNE 2, 2015, AT 10:30 A.M. AND SETTING TEN-DAY TELEPHONIC MEET AND CONFER DEADLINE |
| v. | |
| BALLESTEROS, | |
| Defendant. | (Doc. 31) |
| _____/ | |

This civil rights action is set for jury trial on July 22, 2015, and pursuant to the order filed on April 17, 2015, a settlement conference is scheduled before the undersigned on June 2, 2015, at 10:30 a.m.  The parties submitted confidential settlement conference statements on May 26, 2015, and based on the Court's review, it does not appear that a settlement conference will be beneficial at this time.  Therefore, the matter shall be vacated from the Court's calendar.

The parties are, however, required to meet and confer by telephone within the next **ten (10) days** in an attempt to determine whether there is any possibility of reaching an agreement that would resolve this matter prior to trial.[1]  If they either reach an agreement or determine that a

///

///

///

---

[1] Plaintiff's telephone number was included in his confidential settlement conference statement and it has been added to the docket.

settlement conference would be beneficial, they shall contact Judge Oberto's chambers within the next **ten (10) days**.

IT IS SO ORDERED.

Dated:   __**May 27, 2015**__                    _____**/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE