# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | Case No. 1:12-cv-00808-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RETURN MONEY ORDERS TO PLAINTIFF AND REQUIRING PLAINTIFF TO SUBMIT CORRECTED MONEY ORDERS BY JULY 15, 2015 |
| v. | |
| BALLESTEROS, | |
| Defendant. | |

Plaintiff Norris Lee, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012. This action for damages is proceeding against Defendant Ballesteros for acting with deliberate indifference to Plaintiff's serious medical needs on May 27, 2011, in violation of the Eight Amendment of the United States Constitution. Jury trial is set for August 18, 2015.

On July 8, 2015, the Clerk's Office received two money orders from Plaintiff made payable to M. Agtarap and Robert Banks in the amount of **$108.02** each. However, pursuant to the order filed on June 16, 2015, the money orders must be in the amount of **$102.08** each. Accordingly, the Clerk's Office shall return the money orders to Plaintiff. <u>Plaintiff must submit money orders in the correct amount by **July 15, 2015**</u>.

IT IS SO ORDERED.

Dated:   **July 8, 2015**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE