# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BALLESTEROS,<br><br>    Defendant.<br>_____/ | Case No. 1:12-cv-00808-SKO (PC)<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENAS AD TESTIFICANDUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Docs. 28, 37, and 40) |

This civil rights action filed pursuant to 42 U.S.C. § 1983 is set for jury trial on August 18, 2015, at 8:30 a.m. before the undersigned. On July 15, 2015, Plaintiff Norris Lee, a former state prisoner proceeding pro se and in forma pauperis, submitted two money orders necessary to secure service of two subpoenas ad testificandum by the United States Marshal ("USM"). 28 U.S.C. §§ 1821, 1915(d); Fed. R. Civ. P. 4, 45. Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the USM:

    a. Two (2) completed and issued subpoenas ad testificandum to be served on:

    **Robert "Bobby" Banks**
    **California State Prison, Corcoran**
    **4001 King Ave.**
    **P.O. Box 8800**
    **Corcoran, CA, 93212-8309**, and

    **M. Agtarap, LVN**
    **California State Prison, Corcoran**
    **4001 King Ave.**
    **P.O. Box 8800**
    **Corcoran, CA, 93212-8309**

        b.     Two (2) completed USM-285 forms; and

        c.     Three (3) copies of this order, one to accompany each subpoena and one for the USM;

2.    Within **ten (10) days** from the date of this order, the USM is DIRECTED to serve the subpoenas ad testificandum in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3.    The USM SHALL effect personal service of the subpoenas ad testificandum, along with a copy of this order, upon the individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), and shall command all necessary assistance from Litigation Coordinator Mary Kimbrell or her designee with the Litigation Office at California State Prison-Corcoran to execute this order.  The USM shall maintain the confidentiality of all information provided by CSP-Corcoran staff pursuant to this order; and

4.    Within **ten (10) days** after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **July 16, 2015**                **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE