# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | Case No. 1:12-cv-00808-SKO (PC) |
| Plaintiff, | ORDER AMENDING AND CLARIFYING PRETRIAL ORDER REGARDING TRIAL EXHIBIT DEADLINES |
| v. | |
| BALLESTEROS, | (Doc. 42) |
| Defendant. | |

On July 13, 2015, the Court issued the Pretrial Order. Section XVVI(6), "Trial Exhibits," is amended and clarified as follows:

The parties are required to meet and confer regarding joint trial exhibits on or before **August 3, 2015**; and the parties are required to submit their trial exhibits to Courtroom Deputy Alice Timken on or before **August 11, 2015**.[1]

IT IS SO ORDERED.

Dated:   **July 16, 2015**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant is responsible for submitting the joint trial exhibits, as set forth in the Pretrial Order. Plaintiff is advised that in addition to pre-marking his exhibits, he must ensure that his exhibits are in binders or are otherwise securely bound.