1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | Case No. 1:12-cv-00808-SKO (PC) |
| Plaintiff, | ORDER DENYING UNTIMELY EVIDENTIARY OBJECTIONS, WITHOUT PREJUDICE TO RENEWAL DURING TRIAL |
| v. | |
| BALLESTEROS, | (Docs. 66-68) |
| Defendant. | |

_____/

Plaintiff Norris Lee ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2012.  This action for damages is proceeding against Defendant Marcy Ballesteros ("Defendant") for acting with deliberate indifference to Plaintiff's serious medical needs on May 27, 2011, in violation of the Eighth Amendment of the United States Constitution.  This case is set for jury trial on August 19, 2015.  On August 11, 2015, Defendant filed three separate evidentiary objections.  (Docs. 66-68.)

The deadline to file motions in limine was July 28, 2015, and Defendants' additional pre-trial evidentiary objections are not timely.  Accordingly, the Court will not consider them and they are DENIED, without prejudice to renewal during trial as appropriate.

IT IS SO ORDERED.

Dated:   **August 12, 2015**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE