FILED
AUG 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BALLESTEROS,<br><br>　　　　Defendant. | Case No. 1:12-cv-00808-SKO (PC)<br><br>NOTICE AND ORDER THAT INMATE MARTY ALLEN, CDCR #V97424, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 49) |

Jury trial commenced in this action on August 18, 2015. Inmate **Marty Allen, CDCR #V97424,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: August 18, 2015

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE