

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BALLESTEROS,<br><br>　　　　Defendant. | Case No. 1:12-cv-00808-SKO (PC)<br><br>NOTICE AND ORDER THAT INMATE DAVID PEASLEY, CDCR #AB7115, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 48) |

　　Jury trial commenced in this action on August 18, 2015. Inmate **David Peasley, CDCR #AB7115,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: August 18, 2015

　　　　　　　　　　　　　　　　　　　　　／s／ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE