# United States District Court



EASTERN DISTRICT OF CALIFORNIA



UNITED STATES COURTHOUSE

2500 TULARE STREET, ROOM 1501

FRESNO, CALIFORNIA 93721

## RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER:   1:12-cv-00808 SKO

CASE NAME:   NORRIS LEE vs BALLESTEROS

DATE EXHIBITS RETURNED:   August 19, 2015

EXHIBITS RETURNED:   All Plaintiff, Defendant and Joint Exhibits

Pltf. Attorney:   Pro Se

Pltf. Attorney Signature: _____

Deft. Attorney:   Martin Ageson

Deft. Attorney Signature: _____

This document certifies that the above referenced exhibits were returned by stipulation and order.

Date:   8/20/15            Received By: _____

                                Courtroom Dpty Init'l

Sheila K. Oberto, U.S. Magistrate Judge