# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | Case No. 1:12-cv-00808-SKO (PC) |
| Plaintiff, | ORDER STRIKING FILINGS BY NON-PARTY |
| v. | (Docs. 82-84) |
| M. BALLESTEROS, | |
| Defendant. | |

On August 18, 2015, jury trial commenced in this civil rights action brought pursuant to 42 U.S.C. § 1983. On August 19, 2015, the defendant's motion for judgment as a matter of law was granted and the case is now closed. Fed. R. Civ. P. 50(a). Subsequently, witness David S. Peasley, who testified on behalf of the plaintiff, submitted three documents to the Clerk's Office for filing, all of which relate to the testimony he gave under oath during the trial.

As a non-party, Mr. Peasley lacks any legal entitlement to seek the relief identified, or to file for relief in the first instance, and the documents are HEREBY ORDERED STRICKEN from the record.[1] *See* Fed. R. Civ. P. 11(a), (b).

IT IS SO ORDERED.

Dated: __September 1, 2015__            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Because Mr. Peasley is not entitled to seek relief in this action, the Court does not address the merits of his contentions. The Court's silence as to the merits should not be interpreted by the parties as an indication that the motions would have otherwise have merit.